UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――――――→ x

Timothy ASKEW, Plaintiff,

- Against -

Two (2) Officers of The N.Y.P.D. And The City of NEW YORK, Ray Kelly Police Commissioner, Defendants,
―――――――――――――――――――――→ x

Complaint #
VITALIANO, J.
CV 12 Jury Trail 4775
GOLD, M.J.



RECEIVED
SEP 21 2012
PRO SE OFFICE

I. PARTIES

Plaintiff Timothy ASKEW reside At 42 Christopher AVE. Brooklyn, N.Y. 11212

Defendants Are Two (2) N.Y.P.D. Officers And the City of NEW YORK.

II. The Jurisdiction of The Court is invoked Pursuant to (28 U.S.C.) Illegal Search.

III. STATEMENT OF CLAIM, on 9/6/12 At Approximatly 5:00 P.M. I WAS WALKING home down PITKIN AVE. And WAS WAITING To Cross the Street, When A Black Car Pulled up, And Asked me what I have in my Pockets. I Asked why, And The driver And Passenger got out of the Car And Started Searching me, for No reason. I Asked them for their badge Numbers And WAS Told to be quiet, And Shut up. They than got back into their car and drove off. I was Able to get the Lic # which is EHJ 8873. This Violation of Plaintiff's Constitutional rights, is A direct result of the City of NEW YORK Policy, Practice, And Customs.

IV. The federal court Jurisdiction, is revolving around federal Question. 4th Amendment, Illegal Search.

V. The remedy that Plaintiff seeks, is money damages in the amount of $150,000,000 million dollars, injunctive and declaratory relief.

I declare under penalty of Perjury that the foregoing is True and correct.

September 21, 2012
DATE

_Timothy Askew_
Plaintiff
(347) 941-9833